OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308 CAPITOL STATION, AUSTIN, TEXAS 78711
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

PRESORTED
FIRST CLASS

ZIP 78701
02 1W
0001401603 OCT 08 2015

$ 000.27⁵

PITNEY BOWES

10/7/2015

**JENKINS, DOUGLAS WAYNE  Tr. Ct. No. P-1692-12-CR  WR-25,269-11**

The Court has dismissed your application for writ of habeas corpus without written order for non-compliance with the Texas Rules of Appellate Procedure 73.1. Specifically, the facts are not set out on the prescribed form. Also, applicant must use the most current form, old forms are not acceptable.

Abel Acosta, Clerk

DOUGLAS WAYNE JENKINS
- TDC# 578191